United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-18734-amc
Dale E. Goodwin                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db            +Dale E. Goodwin,    170 Federal Way,    Lancaster, PA 17601-7012
NONE          +Alaine V. Grbach,    675 Estelle Drive,    Lancaster, PA 17601-2129
13415903     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13471980      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13415904      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
13415906      +KML LAW GROUP, P.C.,    SUITE 5000 BNY MELLON INDEPENDENCE CENTE,    701 MARKET STREET,
                Philadelphia, PA 19106-1538
13419582      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13415909      +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:48     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:05
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13493085      +E-mail/Text: bncmail@w-legal.com Jan 17 2020 03:44:25     CERASTES, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13425537       E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13415905      +E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13415907       E-mail/Text: camanagement@mtb.com Jan 17 2020 03:43:39     M & T Bank,    Attn: Bankruptcy,
                1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13429860       E-mail/Text: camanagement@mtb.com Jan 17 2020 03:43:39     M&T Bank,    PO Box 1288,
                Buffalo, NY 14240-1288
13415908      +E-mail/PDF: cbp@onemainfinancial.com Jan 17 2020 03:47:23     Onemain Fi,    Po Box 499,
                Hanover, MD 21076-0499
13415910      +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:06     Syncb/syncb,    950 Forrer Blvd,
                Kettering, OH 45420-1469
                                                                                              TOTAL: 10
```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Debtor Dale E. Goodwin avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of  Alaine V. Grbach avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Plaintiff Dale E. Goodwin avgrbach@aol.com
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: ChrissyW                Page 2 of 2                  Date Rcvd: Jan 16, 2020
                                  Form ID: 138NEW               Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dale E. Goodwin

    Debtor(s)

Bankruptcy No: 14–18734–amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 1/16/20

40 – 39
Form 138_new